UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDDIE I. SIERRA,

    Plaintiff,

v.                                        Case No: 2:18-cv-519-FtM-99CM

CHARLOTTE COUNTY, FLORIDA,

    Defendant.
_____/

## ORDER

On August 24, 2018, the Court entered an ADA Title III Scheduling Order outlining the procedures and deadlines related to this case. However, this case has been tracked as Track 2 case and an ADA Title III Scheduling Order is not applicable. For this reason, the Court will vacate the Order entered on August 24, 2018.

Accordingly, it is now

**ORDERED:**

(1) The ADA Title III Scheduling Order (Doc. 12) is **VACATED**.

(2) The parties are **DIRECTED** to file a Case Management Report on or before **November 9, 2018**.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of October 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record